PROB 35  
(Rev. 5/01)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

UNITED STATES OF AMERICA

V.   Crim. No. CR202-00020-002

Katie Mae Presley

On January 14, 2005, the above-named was placed on supervised release for a period of three years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Katie Mae Presley be discharged from supervised release.

Respectfully submitted,

_____  
Philip J. Lyons  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this ____21____ day of ____August____, 2006.

_____  
Judge, U.S. District Court